```
                   UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Shane Walsh

    v.                                    Civil No. 11-cv-108-SM

U.S. Social Security Administration

**O R D E R**

At case opening this matter was originally assigned to the undersigned as the presiding judge.  Pursuant to 28 U.S.C. § 636(b)(3), and Standing Order Admin 1, 11-12, the case was referred by the clerk's office to Magistrate Judge McCafferty "to conduct all necessary proceedings and to submit a report and recommendation to the assigned district judge."  The court vacates the referral order and shall decide all dispositive and non-dispositive matters presented in this case.

So ordered.


January 27, 2012                    /s/ Steven J. McAuliffe
                                    Steven J. McAuliffe
                                    District Judge


cc:  Raymond J. Kelly, Esq.
     T. David Plourde, AUSA