```
            UNITED STATES DISTRICT COURT
              DISTRICT OF NEW HAMPSHIRE
```

<u>Shane Walsh</u>

     v.                                  Civil No. 11-cv-108-SM

<u>U.S. Social Security Administration</u>

**O R D E R**

At case opening this matter was originally assigned to the undersigned as the presiding judge. Pursuant to 28 U.S.C. § 636(b)(3), and Standing Order Admin 1, 11-12, the case was referred by the clerk's office to Magistrate Judge McCafferty "to conduct all necessary proceedings and to submit a report and recommendation to the assigned district judge." The court vacates the referral order and shall decide all dispositive and non-dispositive matters presented in this case.

So ordered.

January 27, 2012                   <u>/s/ Steven J. McAuliffe</u>
                                       Steven J. McAuliffe
                                       District Judge

cc:  Raymond J. Kelly, Esq.
     T. David Plourde, AUSA